UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

TRUEBORN MY ALLAH
a/k/a JOSEPH AITORO,

        Plaintiff,

        -against-

DIRECTOR HARLEY G. LAPPIN, et al.,

        Defendants.

------------------------------------- x

07 Civ. 5546 (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

The plaintiff having informed the Court that he wishes to voluntarily dismiss ths action (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed without prejudice and without costs. Any pending motions are to be terminated as moot.

SO ORDERED.

DATED:    New York, New York
             January 2, 2008

                                Andrew J. Peck
                                United States Magistrate Judge

Copies to:    Trueborn My Allah (Regular & Certified Mail)
                  Robert W. Yalen, Esq. (Fax)

C:\ORD\Dismiss.AJP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUEBORN MY ALLAH a/k/a JOSEPH AITORO,   : 07Civ.5546(GEL)(AJP)

        Plaintiff,   : **REQUESTING MOTION TO**

    -Against-   : **DISMISS WITHOUT PREDJUDICE**

DIRECTOR HARLEY G. LAPPIN, et al.,   :

        Defendants.   :

---

**RECEIVED DEC 26 2007 CHAMBERS OF ANDREW J. PECK**

**DEAR JUDGE PECK,**

    After careful review of the Court Transcript dated December 7, 2007, I, **TRUEBORN MY ALLAH** have reached a decision in regards to **Case Number 07 Civ.5546 (AJP)**.

    It is my decision to accept the Courts Offer of **DISMISSAL WITHOUT PREDJUDICE**. It is my intention to preserve the opportunity for other Sincere Adherents of the God Centered Cultural Nation of Gods and Earths still within the Federal Bureau of Prisons to properly litigate the case now that I am a free man.

DATED: December 23, 2007

        Respectfully,

        Trueborn My Allah
        Pro Se
        Tel(954)-326-1800

Cc: Robert W. Yalen, Asst. U.S. Attorney